```
William Schmidt Ph.D, LSOTP
Schmidt Counseling Associates
  6565 W. Loop S., Suite 600
     Houston, Texas 77401
         281-359-8998
       281-966-1897 (Fax)
```

November 3, 2016

To Whom It May Concern,

Mr. Scott Ballew was discovered to be in possession of child pornography. He presented for evaluation with Dr. Jerome Brown, Ph.D, LSOTP.

Mr. Ballew assumed responsibility for his behavior from the start of treatment. He uses the therapeutic setting appropriately. He appears determined to maintain appropriate, socially acceptable boundaries.

Mr. Ballew has actively pursued recovery since his initial contact date. He participates in weekly therapy. He pays his fees and completes given assignments taken from the cognitive-behaviorally based Adult Relapse Prevention Workbook (Charles Steen, Ph.D, J.D., Safer Society Press.) Salient issues underlying this pornography use continue to be addressed.

In therapy, Mr. Ballew has expressed empathy for the victims of abuse. Mr. Ballew has thus far forthrightly explored the issues underlying viewing of sexually explicit imagery. His behaviors with regards to pornography reflect an addiction rooted in impacted grief relating to the death of his father by his own hand when Mr. Ballew was thirteen years of age.

Mr. Ballew appears motivated to learn from his problematic behavior in pursuit of positive, integral change benefitting him and others. Consequences of his pornography addiction continue to evolve. These consequences are sources of stress, guilt and grief for him and those whom he loves.

**EXHIBIT 1**

Mr. Ballew is a good candidate for ongoing recovery through participation in Twelve Steps. Given objective assessment, coupled with Mr. Ballew's honest efforts in cognitive, affective and behavioral change, he appears to be a low risk for recidivistic behaviors reflected in present charges. Noting his proactive engagement in treatment, a prognosis of healthy, appropriate affective expressions "one day at a time" appears good.

Sincerely,

William Schmidt Ph.D
Licensed Sex Offender Treatment Provider-Supervisor