JUDGE EWING WERLEIN, JR.
Case Manager __Marilyn Flores__         Court Reporter __Laura Wells__
USPO __Shelley D'Pulos__                 Interpreter __No__
Time:  __10:32 a.m.__ to __10:39 a.m.__   DATE __February 17, 2017__
       __11:32 a.m.__ to __12:35 p.m.__

---

## CR. No. __H-15-543__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Sherri Zacks, AUSA |
| | § | |
| vs. | § | |
| | § | |
| JOSEPH SCOTT BALLEW | § | Paul Doyle, Retained |

---

## SENTENCING

__X__   Sentencing held on **Ct(s) 2 and 3** pursuant to a **Guilty Plea** on __09/30/2016__.

__X__   **SENTENCE:** Ct(s) __2 and 3__  Custody for __96__ months concurrent
        **Supervised Release Term** for __10__ yrs
        **Fine :  $17,500 due**
        **Special Assessment** on Ct(s) __1__ for a total of **$ 200.00** due immediately.

__X__ **Standard Conditions of Release**:
__X__  No firearm or destructive device          ___ Dft to provide financial information
__X__  Collection of DNA sample                  ___ Dft not to incur new credit
___ Drug testing/treatment as directed by Probation  ___ Dft not to have credit access device
___ Dft to incur costs of drug treatment/testing   ___ Deportation restrictions
__X__  Other: mental health and sex offender conditions as stated on the record and determined by the United States Probation Officer. Recommendation to Bureau of Prisons to admitting Defendant to substance abuse program.

__X__    TIME TO SERVE    __X__    WRITTEN NOTICE REGARDING APPEAL RIGHTS
         Total Offense Level: __34__      Crim. History Cat.: __I__
         Custody Range: __151-188 months__    Fine Range: __$17,500 - $175,000__

__X__    Gov't Motion to Dismiss Count 1 GRANTED;

__X__    Downward Variance;

__X__    Dft **CONTINUED** on bond, Defendant to **SURRENDER**;

__X__    Terminate other settings and motions for this defendant